UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN A. COOKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TERRY LILES, et al., <br><br> Defendants. _____/ | No. C12-1844 EMC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Saundra Brown Armstrong to determine whether it is related to *Alan A. Cooke, et al. v. Terry Liles, et al.,* Civil Case No. C08-0016 SBA.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
EDWARD M. CHEN
United States District Judge

cc: Judge Saundra Brown Armstrong

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALAN A. COOKE et al,

        Plaintiff,

v.

TERRY LILES et al,

        Defendant.

Case Number: CV12-01844 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan A. Cooke
1060 Howard Street
San Francisco, CA 94103

Gage T. Cooke
1060 Howard Street
San Francisco, CA 94103

Dated: May 18, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2