UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALAN COOKE, GAGE T. COOKE,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRY LILES, an individual, MURL HARPMAN, an individual, MARVIN KIRKPATRICK, an individual, MICHAEL MEDLIN, an individual, CITY OF EUREKA POLICE DEPARTMENT; COUNTY OF HUMBOLDT; PAUL GALLEGOS, an individual; HUMBOLDT COUNTY SHERIFF'S OFFICE; various DOE defendants, inclusive,<br><br>Defendants. | Case No: C 12-1844 SBA<br><br>**ORDER DENYING REQUEST TO E-FILE**<br><br>Dkt. 45 |

Plaintiff Alan Cooke has filed a pro se Motion for Permission for Electronic Case Filing. Plaintiff has not demonstrated good cause for his request nor is any apparent from the record, particularly given that this action has been terminated. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Permission for Electronic Case Filing is DENIED.

IT IS SO ORDERED.

Dated: 1-21-14

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge